UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| JULIA LOUISE MCDUFFY-JOHNSON | CIVIL ACTION NO. 19-cv-1193 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| DANIEL A. LANE, III, ET AL | MAGISTRATE JUDGE HORNSBY |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED ADJUDGED AND DECREED** that Plaintiff's complaint is **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. § 1915(e).

THUS DONE AND SIGNED at Monroe, Louisiana, this the 24th day of September, 2019.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE